ACCEPTED
03-14-00548-CV
3619363
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2014 3:31:38 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00548-CV

In the Third Court of Appeals
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/30/2014 3:31:38 PM
JEFFREY D. KYLE
Clerk

———————————————————

M & M ORTHODONTICS P.A., HARLINGEN FAMILY DENTISTRY, P.C.,
*Appellants*,

v.

TEXAS HEALTH AND HUMAN SERVICES COMMISSION, DR. KYLE JANEK, IN HIS
OFFICIAL CAPACITY AS THE EXECUTIVE COMMISSIONER OF TEXAS HEALTH AND
HUMAN SERVICES COMMISSION, CAROLE HURLEY, CHIEF ADMINISTRATIVE LAW
JUDGE FOR THE TEXAS HEALTH AND HUMAN SERVICES COMMISSION, JUDGE KEITH
GRANTHAM OF THE APPEALS DIVISION OF TEXAS HEALTH AND HUMAN SERVICES
COMMISSION, AND RICK GILPIN, ADMINISTRATIVE LAW JUDGE OF THE APPEALS
DIVISION TEXAS HEALTH AND HUMAN SERVICES COMMISSION,
*Appellees.*

———————————————————

On Appeal from the 345th Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-14-001109

———————————————————

**UNOPPOSED JOINT MOTION TO EXTEND
TIME TO FILE APPELLEES' BRIEF**

———————————————————

TO THE HONORABLE JUDGES OF THE THIRD COURT OF APPEALS:

Now come Appellees, Administrative Law Judges Carole Hurley, Keith

Grantham, and Rick Gilpin ("the ALJ Appellees"); and Texas Health and Human

Services Commission ("HHSC") and Dr. Kyle Janek, in his official capacity as the

Executive Commissioner of Texas Health and Human Services Commission

("Dr. Janek") (collectively, "the HHSC Appellees"), and file this Unopposed Joint

Motion for Extension of Time to File Appellees' Brief and would show this as follows:

1.      There is no specific deadline to file this motion to extend time. *See* Tex. R. App. Proc. 38.6(d). The Appellants are unopposed to this Motion. Appellees' current deadline to file their briefs is December 31, 2014.

2.      Appellees request a sixty-day extension of time to file their Brief; that would extend Appellees' deadline up to and including March 2, 2015. This is Appellees' first request for an extension of time.

3.      Recent developments in the underlying administrative proceedings from which this appeal arises directly impact the current status of this appeal.   On December 23, 2014, the Texas Health and Human Services – Office of Inspector General filed Notices of Nonsuit of the underlying administrative actions that were pending against Appellants in HHSC Appeals, before ALJ Gilpin.   Attached hereto as Exhibits "A" and "B" are copies of the Notices of Nonsuit filed in HHSC Appeals.

4.      The filing of these Notices of Nonsuit by the HHSC-Office of Inspector General in the underlying administrative proceedings renders the issues raised by Appellants in this appeal moot since the issues presented are no longer "live."   *See Allstate Ins. Co. v. Hallman*, 159 S.W.3d 640, 642 (Tex. 2005).   Any opinion issued by the Court in this appeal would only be advisory in nature and improper.   *See Texas Ass'n of Bus. v. Texas Air Control Bd.*, 852 S.W.2d 440, 444 (Tex. 1993).

5.	Appellees anticipate these recent developments will alleviate the need for further briefing by the parties on these issues.

6.	Appellees anticipate the parties will be filing a joint motion to dismiss in the near future.   Appellees need additional time to confer with Appellants and their counsel.

7.	In the alternative, should additional briefing be needed, Appellees will need additional time to file their Brief so that they can coordinate and submit a single brief to the Court and because each of the undersigned counsel have litigation schedules that make such coordination more difficult.

8.	In particular, the undersigned counsel for the HHSC Appellees is currently handling several litigation matters, including *State of Texas v. Xerox Corporation, et al*., Cause No. D-1-GV-14-000581, in Travis County District Court; and *Texas Health and Human Services Commission v. Xerox State Healthcare, LLC*, Cause No. D-1-GN-14-003203, in Travis County District Court.   In both matters, counsel for the HHSC Appellees has had to – and will continue to have to – prepare responsive pleadings, respond to discovery, and prepare for various hearings. Because of these circumstances, as well as the closure of the Offices of the Attorney General over the upcoming holidays, the undersigned counsel for the HHSC Appellees respectfully requests that the Court grant Appellees' requested extension to file the Brief.

9. The undersigned counsel for the ALJ Appellees is also handling several litigation matters, including *Mark Anthony Brewing, Inc. v. Texas Alcoholic Beverage Commission,* Cause No. D-1-GN-13-003570 (a constitutional challenge to a statute and two Commission rules set for trial on March 3 and 4, 2015), and *Live Oak Brewing Company, LLC, et al. v. Texas Alcoholic Beverage Commission, et al.*, Cause No. D-1-GN-14-005151 (another constitutional challenge to a recently-enacted statute currently in the discovery phase). During the time for preparation of the Appellees' Brief, the undersigned counsel for the ALJ Appellees is also responsible for preparation and presentation of argument in *Jamie Harvel and the Austin Police Association v. Texas Department of Insurance-Division of Workers' Compensation and Commissioner Rod Bordelon, in his official capacity,* Case No. 13-14-00095-CV, on January 5, 2015 and for assisting the Texas Low-Level Radioactive Waste Disposal Compact Commission in preparing proposed and amended rules for publication in the Texas Register in the very near future. Also, during the current period for preparation of the Appellees' Brief, the Offices of the Attorney General are closed for several days because of holidays.

10. As stated above, Appellants do not oppose this Motion.

## III. CONCLUSION AND PRAYER

WHEREFORE, PREMISES CONSIDERED, the ALJ Appellees and the HHSC Appellees respectfully request that the Court grant Appellees an extension of their deadline to file their Appellees' Brief of 60 days, that is, up to and including March 2, 2015, and that the Court grant them such other and further relief to which they have shown themselves to be entitled.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JOHN SCOTT
Deputy Attorney General for Civil Litigation

/s/ Raymond C. Winter
RAYMOND C. WINTER
State Bar No. 21791950
Chief, Civil Medicaid Fraud Division
Assistant Attorney General
Raymond.Winter@texasattorneygeneral.gov
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548
Austin, Texas 78711-2548
Telephone:     (512) 936-1709
Facsimile:     (512) 499-0712-0167

*Attorneys for Appellees, Texas Health & Human Services Commission and Dr. Kyle Janek*

/s/ Karen L. Watkins
KAREN L. WATKINS
State Bar No. 20927425
Assistant Attorney General
Administrative Law Division
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:     (512) 475-4208
Facsimile:     (512) 320-0167
karen.watkins@texasattorneygeneral.gov

*Attorneys for the Appellees, Administrative Law Judges Carole Hurley, Keith Grantham, and Rick Gilpin*

## CERTIFICATE OF CONFERENCE

The undersigned certifies he contacted counsel for Appellants, Jason Ray, December 9, 2014, by telephone, on behalf of the HHSC Appellees, THHSC and Dr. Janek, and on behalf of counsel for the ALJ Appellees, Karen L. Watkins. Mr. Ray represented that the Appellants are not opposed to the granting of the relief requested in this Joint Motion.

/s/Raymond C. Winter
RAYMOND C. WINTER
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on this the 30th day of December, 2014 on the following:

J.A. Canales **VIA: File & ServeXpress and E-mail**
State Bar No. 03737000
CANALES & SIMONSON, P.C.
2601 Morgan Ave.
P.O. Box 5624
Corpus Christi, Texas 78465-5624
Telephone: (361) 883-0601
Facsimile: (361) 884-7023
tonycanales@canalessimonson.com

Jason Ray                      **VIA: File & ServeXpress and E-mail**
State Bar NO. 24000511
RIGGS, ALESHIRE & RAY, P.C.
700 Lavaca, Suite 920
Austin, Texas 7870
Telephone: (512) 457-9806
Facsimile: (512) 457-9866
jray@r-alaw.com

*Attorneys for Appellants M&M Orthodontics, P.A., Harlingen*
*Family Dentistry, P.C. and Antoine Dental Center*


/s/ Karen L. Watkins
KAREN L. WATKINS
Assistant Attorney General

EXHIBIT A

| HARLINGEN FAMILY DENTISTRY, | § | BEFORE THE HEALTH AND |
| DR. JUAN VILLARREAL, and | § | |
| DR. VIVIAN TEEGARDIN, | § | |
| *Petitioners,* | § | |
| | § | |
| v. | § | HUMAN SERVICES COMMISSION |
| | § | |
| TEXAS HEALTH & HUMAN SERVICES | § | |
| COMMISSION, OFFICE OF INSPECTOR | § | |
| GENERAL, and CHRISTINE ELLIS, DDS, | § | |
| *Respondents.* | § | APPEALS DIVISION |

## NOTICE OF NONSUIT AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE ADMINISTRATIVE LAW JUDGE:

The Texas Health and Human Services Commission, Office of Inspector General, and Christine Ellis, DDS, respectfully file this Notice of Nonsuit. Pursuant to TEX. ADMIN. CODE §357.495, and TEX. R. CIV. P. 162, HHSC-OIG and Christine Ellis, DDS, hereby give notice that they are taking a nonsuit of their entire case and request that this case immediately be dismissed without prejudice. This nonsuit is without prejudice to refiling, and is effective immediately on the filing of this notice on this date.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

*Notice of Nonsuit*                                                                 Page 1 of 4

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division
State Bar No. 21791950
(512) 936-1709 Direct Dial

REYNOLDS BRISSENDEN
State Bar No. 24056969
(512) 936-2158 Direct Dial

Assistant Attorneys General
Office of the Attorney General
Civil Medicaid Fraud Division
P. O. Box 12548
Austin, Texas 78711-2548
Fax (512) 499-0712

DOUGLAS C. WILSON
Inspector General

JOY SPARKS
Deputy Inspector General
Chief Counsel

KAREN PETTIGREW
Director of Sanctions

STEVE DALLAS JOHNSON
Associate Counsel
State Bar No. 00784349

11101 Metric Blvd., Building I
Austin, Texas 78758
(512) 491-4076 Phone
(512) 833-6484 Fax

ATTORNEYS FOR
TEXAS HEALTH AND HUMAN
SERVICES COMMISSION,
OFFICE OF INSPECTOR GENERAL

*Dan Hargrove*

_____

DAN HARGROVE
State Bar No. 00790822
WATERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 phone
(214) 357-7252 Facsimile

~and~

*Jim Moriarty*

_____

JAMES MORIARTY
State Bar No. 14459000
MORIARTY LEYENDECKER, PC
4203 Montrose Blvd, Suite 150
Houston, TX 77006
(713) 528-0700 Telephone

ATTORNEYS FOR RELATOR,
DR. CHRISTINE ELLIS, D.D.S.

## CERTIFICATE OF SERVICE

I certify that I have on this 23rd day of December, 2014, served copies of this Notice of Non-Suit and Request for Dismissal Without Prejudice upon the HHSC Appeals Division and upon Petitioners, as follows.

| | |
|---|---|
| *Via Facsimile 512-231-5779*<br>HHSC Appeals Division<br>8407 Wall St., Room s-329<br>Austin, TX 78754 | |
| *Via Facsimile 361-884-7023*<br>*tonycanales@canalessimonson.com*<br>J.A. Canales, Esq.<br>Canales & Simonson, P.C.<br>2601 Morgan Avenue<br>P.O. Box 5624<br>Corpus Christi, TX 78465<br>COUNSEL FOR PETITIONERS | *Via Facsimile 512-457-9066*<br>*jray@r-alaw.com*<br>Jason D. Ray<br>Riggs, Aleshire, Ray, P.C.<br>700 Lavaca, Suite 920<br>Austin, TX 78701<br>COUNSEL FOR PETITIONERS |
| *Via Facsimile 214-357-6244*<br>*dhargrove@waterskraus.com*<br>Dan Hargrove<br>Waters & Krauss, LLP<br>Dallas, Texas 75204<br>COUNSEL FOR RELATOR, CHRISTINE ELLIS, DDS | *Via Email to jim@moriarty.com*<br>James Moriarty<br>Moriarty Leyendecker, PC<br>4203 Montrose Blvd, Suite 150<br>Houston, TX 77006<br>COUNSEL FOR RELATOR, CHRISTINE ELLIS, DDS |

Raymond C. Winter



EXHIBIT B

| M & M ORTHODONTICS, P.A., | § | BEFORE THE HEALTH AND |
| DR. SCOTT MALONE, and | § | |
| DR. DIANA MALONE, | § | |
| *Petitioners*, | § | |
| | § | |
| v. | § | HUMAN SERVICES COMMISSION |
| | § | |
| TEXAS HEALTH & HUMAN SERVICES | § | |
| COMMISSION, OFFICE OF INSPECTOR | § | |
| GENERAL, and CHRISTINE ELLIS, DDS, | § | |
| *Respondents.* | § | APPEALS DIVISION |

## NOTICE OF NONSUIT AND REQUEST FOR DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE ADMINISTRATIVE LAW JUDGE:

The Texas Health and Human Services Commission, Office of Inspector General, and Christine Ellis, DDS, respectfully file this Notice of Nonsuit. Pursuant to TEX. ADMIN. CODE §357.495 and TEX. R. CIV. P. 162, HHSC-OIG and Christine Ellis, DDS, hereby give notice that they are taking a nonsuit of their entire case and request that this case immediately be dismissed without prejudice. This nonsuit is without prejudice to refiling, and is effective immediately on the filing of this notice on this date.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

_[signature]_

RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division
State Bar No. 21791950
(512) 936-1709 Direct Dial

REYNOLDS BRISSENDEN
State Bar No. 24056969
(512) 936-2158 Direct Dial

Assistant Attorneys General
Office of the Attorney General
Civil Medicaid Fraud Division
P. O. Box 12548
Austin, Texas 78711-2548
Fax (512) 499-0712

DOUGLAS C. WILSON
Inspector General

JOY SPARKS
Deputy Inspector General
Chief Counsel

KAREN PETTIGREW
Director of Sanctions

STEVE DALLAS JOHNSON
Associate Counsel
State Bar No. 00784349

11101 Metric Blvd., Building I
Austin, Texas 78758
(512) 491-4076 Phone
(512) 833-6484 Fax

ATTORNEYS FOR
TEXAS HEALTH AND HUMAN
SERVICES COMMISSION,
OFFICE OF INSPECTOR GENERAL

*Dan Hargrove*

DAN HARGROVE
State Bar No. 00790822
WATERS & KRAUS, LLP
3219 McKinney Avenue
Dallas, Texas 75204
(214) 357-6244 phone
(214) 357-7252 Facsimile

~and~

*Jim Moriarty*

JAMES MORIARTY
State Bar No. 14459000
MORIARTY LEYENDECKER, PC
4203 Montrose Blvd, Suite 150
Houston, TX 77006
(713) 528-0700 Telephone

ATTORNEYS FOR RELATOR,
DR. CHRISTINE ELLIS, D.D.S.

## CERTIFICATE OF SERVICE

I certify that I have on this 23ʳᵈ day of December, 2014, served copies of this Notice of Non-Suit upon the HHSC Appeals Division and upon Petitioners, as follows.

| | |
|---|---|
| *Via Facsimile 512-231-5779*<br>HHSC Appeals Division<br>8407 Wall St., Room s-329<br>Austin, TX 78754 | |
| *Via Facsimile 361-884-7023*<br>*tonycanales@canalessimonson.com*<br>J.A. Canales, Esq.<br>Canales & Simonson, P.C.<br>2601 Morgan Avenue<br>P.O. Box 5624<br>Corpus Christi, TX 78465<br><br>COUNSEL FOR PETITIONERS | *Via Facsimile 512-457-9066*<br>*jray@r-alaw.com*<br>Jason D. Ray<br>Riggs, Aleshire, Ray, P.C.<br>700 Lavaca, Suite 920<br>Austin, TX 78701<br><br>COUNSEL FOR PETITIONERS |
| *Via Facsimile 214-357-6244*<br>*dhargrove@waterskraus.com*<br>Dan Hargrove<br>Waters & Krauss, LLP<br>Dallas, Texas 75204<br><br>COUNSEL FOR RELATOR, CHRISTINE ELLIS, DDS | *Via Email to jim@moriarty.com*<br>James Moriarty<br>Moriarty Leyendecker, PC<br>4203 Montrose Blvd, Suite 150<br>Houston, TX 77006<br><br>COUNSEL FOR RELATOR, CHRISTINE ELLIS, DDS |

Raymond C. Winter